## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-08070-CR-HURLEY

UNITED STATES OF AMERICA,
        Plaintiff,

v.

KAALUM HANKINS,
        Defendant.

---------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS
## AND SETTING SENTENCING HEARING

THIS CAUSE comes before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the Report

and Recommendations of a United States Magistrate Judge, [DE 31], dated September 16, 2013.

Upon consideration, it is

ORDERED and ADJUDGED that:

1.  The Magistrate Judge's Report and Recommendations are adopted.

2.  A sentencing hearing will be conducted on Wednesday, October 9, 2013, at 2:30 p.m.

in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 24th day of September,

2013.

copy furnished:
AUSA Lauren E. Jorgensen
AFPD Neison Marks
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge